**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2498

_____

Carlo Piccinino,                           *
                                            *
          Appellant,                        *
                                            *
     v.                                     * Appeal   from   the   United States
                                            * District Court for the
International United Auto, Aerospace         *
     Eastern District of Missouri.
and Agricultural Implement Workers of       *
America; General Motors Corporation,        *
G . M .  Wentzville Assembly Center,        *
     [UNPUBLISHED]
                                            *
          Appellees.                        *

_____

Submitted:  October 6, 1997
Filed:  October 14, 1997

_____

Before WOLLMAN, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.


     Carl Piccinino appeals the district court's[1] grant of
summary judgment to International United Auto, Aerospace
and Agricultural Implement Workers of America

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern
District of Missouri.

(UAW) and General Motors Corporation (GM) in his hybrid § 301/fair representation suit pursuant to 29 U.S.C. § 185 et seq., and DelCostello v. International Bhd. of Teamsters, 462 U.S. 151 (1983). We affirm.

After de novo review of the record, see Carnes v. United Parcel Serv. Inc., 51 F.3d 112, 116 (8th Cir. 1995), we conclude that Piccinino failed to establish GM breached the Memoranda of Understanding. Both Piccinino's section 301 and fair representation claims thus fail. See DelCostello, 462 U.S. at 164-65; Schiltz v. Burlington N. R.R., 115 F.3d 1407, 1415 (8th Cir. 1997).

Accordingly, we affirm the judgment of the district court and deny plaintiff's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.